UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHIZOMA ONYEMS,

Plaintiff,

v.

HOA MEADOWBROOK OWNERS, et al.,

Defendants.

No. 2:25-cv-03256-TLN-CSK

**ORDER**

Plaintiff Chizoma Onyems ("Plaintiff"), proceeding *pro se*, has filed the instant action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 56.)  Plaintiff filed untimely objections.  (ECF No. 60.)

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis.  The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 56) are ADOPTED IN FULL; and

2. Meadowbrook HOA Defendants' motion to dismiss (ECF No. 10) is GRANTED without leave to amend and Meadowbrook HOA Defendants' request for attorney's fees are DENIED;

3. Chase Defendants' motion to dismiss (ECF No. 12) is GRANTED without leave to amend;

4. On the Court's own motion, Plaintiff's claims against Defendants United Trustee Service and First America Title are DISMISSED without leave to amend;

5. Plaintiff's motion for temporary restraining order and preliminary injunction (ECF No. 18) is DENIED;

6. Plaintiff's motion for default judgment (ECF No. 59) and motion for renewed clerk's entry of default (ECF No. 61) are DENIED as moot;

7. The Clerk of Court shall close this action.

IT IS SO ORDERED.

Date: March 19, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2